HYMAN GOLDSTEIN, Respondent, v. ISIDOR MOSNER, Appellant.— Judgment

and order reversed on the law, and a new trial granted, with costs to abide the event, on authority of *Goldstein* v. *Schleifer* (*post*, p. 899), decided herewith. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.